UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| BRIAN KELLEY WHIPPLE | ) | CIVIL NO.: 07-404-S-EJL |
|---|---|---|
| Petitioner, | )<br>)<br>) | CRIMINAL NO: 05-196-S-EJL<br><br>**ORDER** |
| vs. | )<br>) | |
| UNITED STATES OF AMERICA , | )<br>) | |
| Respondent. | | |

Pending before the Court in the above-entitled matter is Defendant's Motion for Declaratory Judgment (Docket No. 6) and Motion to Consolidate (Docket No. 7). On October 29, 2007, this Court entered a Memorandum Order (Docket No. 5) that allowed the Defendant to file a response to the Court's analysis that the § 2255 motion was not timely filed and no equitable tolling was established. No response to the Court's analysis of timeliness was filed, however, Defendant did file his motion to consolidate this case with his other case, civil case number 07-104 (wherein the Court deemed a Defendant's motion a § 2255). The motion to consolidate does not address the timeliness issue posed by the Court. The Court notes that in civil case number 07-105-S-EJL, Defendant has provided notice that he wants the Court to deem his motion a § 2255 motion.

Accordingly, this case, which was filed after 07-105-S-EJL must be dismissed as untimely filed and the Court is without jurisdiction to rule on the motion to consolidate as

**ORDER**

1

this case is a second or successive petition not authorized by the Ninth Circuit. Second or successive § 2255 motions cannot be entertained by the District Court unless the motion has been certified as provided by 28 U.S.C. § 2244 and only if the second motion contains either newly discovered evidence or a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable. 28 U.S.C. § 2255. Specifically, before a second or successive 2255 motion can be filed in District Court, "the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(3)(A).

For these reasons, the Court finds the Defendant's motion to vacate, set aside or correct sentencing (Docket No. 1) is untimely and Defendant has failed to make the proper application consistent with 28 U.S.C. § 2244 for the Ninth Circuit to authorize this District Court to consider the Defendant's motion to vacate, set aside or correct sentencing (Docket No. 1) or the motion to consolidate.

Being fully advised in the premises, the Court hereby orders that the Defendant's motion to vacate, set aside or correct his sentence (Docket No. 1) is DENIED and this case is DISMISSED IN ITS ENTIRETY; Defendant's Motion for Declaratory Judgment (Docket No. 6) is DENIED AS MOOT; and Defendant's Motion to Consolidate (Docket No. 7) is DENIED.

DATED: **November 20, 2007**

Honorable Edward J. Lodge
U. S. District Judge

**ORDER**
2